# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED MAR - 1 2019 U.S. DISTRICT COURT-WVND WHEELING, WV 26003

MICHAEL JERMAINE GREENE, Plaintiff,

*Plaintiff(s)*
v.
SIDNEY FEASTER and DOUG WHITE, Defendants.

Civil Action No. 5:16-CV-51

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award ☐ Judgment costs ☐ Other

This action was:
☐ tried by jury ☐ tried by judge ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED AND ADJUDGED that the Plaintiff's Excessive Force Claim is DENIED and DISMISSED with Prejudice for failure to state a claim upon which relief can be granted; and it is

FURTHER ORDERED that this civil action is DISMISSED WITH PREJUDICE and STRICKEN from the active docket of this Court.

Date: March 1. 2019

*CLERK OF COURT*
Cheryl Dean Riley
By: *A.O. Abraham*
*Signature of Clerk or Deputy Clerk*