FILED: September 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7365
(5:16-cv-00051-JPB-MJA)
_____

MICHAEL JERMAINE GREENE

    Plaintiff - Appellant

v.

SIDNEY FEASTER; DOUG WHITE

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered August 30, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*